# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Feb 10, 2026**

SEAN F. McAVOY, CLERK

| | |
|---|---|
| RICHARD P., *Plaintiff* v. FRANK BISIGNANO, COMMISSIONER OF SOCIAL SECURITY, *Defendant* | Civil Action No. 1:25-CV-03071-RLP |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's Brief, ECF No. 11, is GRANTED in part and DENIED in part. It is granted in part regarding Plaintiff's request to remand the action for further proceedings. It is denied in part regarding Plaintiff's request that the Court reverse the findings of the Commissioner and award benefits; Defendant's Brief, ECF No. 15, is DENIED. Matter is REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Judgment entered in favor of Plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Rebecca L. Pennell

Date: February 10th, 2026

CLERK OF COURT

s/Sean F. McAvoy
*Signature of Clerk*